UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.     2:06-cv-48-FtM-29DNF
        2:04-cr-38-FtM-29DNF

RODNEY DUTRA
_____

**OPINION AND ORDER**

This matter comes before the Court on defendant's Writ of Habeas Corpus to Move to a New Facility in the State of Florida Per Court Agreement (Doc. #1), filed on January 23, 2006. The Court recommended that the Bureau of Prisons locate defendant in a facility as close to home (Florida) as possible. The Bureau chose not to follow that recommendation. The location where a person is to serve his sentence is a matter within the purview of the Bureau of Prisons. A federal court has no authority to designate the location where a prisoner will be incarcerated; that function belongs to the Bureau of Prisons. 18 U.S.C. § 3621(b); Abdul-Malik v. Hawk-Sawyer, 403 F.3d 72 (2d Cir. 2005); United States v. Voda, 994 F.2d 149, 151-52 (5th Cir. 1993). There was no agreement in this case that defendant be housed in a facility in Florida, only a recommendation.

Accordingly, it is now

**ORDERED**:

1.  Defendant's Writ of Habeas Corpus to Move to a New Facility in the State of Florida Per Court Agreement (Doc. #1) is **DENIED** and the Clerk shall close the civil case.

2.  The Clerk of the Court shall place of copy of this Order in the criminal file.

**DONE AND ORDERED** at Fort Myers, Florida, this __26th__ day of January, 2006.

                                                       _____
                                                       JOHN E. STEELE
                                                       United States District Judge

Copies:
AUSA
Rodney Dutra